First Department. March 29, 1912.) Action by Louis Guenther and by the Guenther Publishing Company against the Ridgway Company. H. A. Heydt, for appellant. F. Rooney, for respondent. No opinions. Orders modified, as stated in memorandums per curiam, and, as modified, affirmed, without costs. Memorandums per curiam. Settle orders on notice.

---

HABICUST, Respondent, v. UNITED STATES GYPSUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by Fanny L. Habicust, as administratrix, etc., against the United States Gypsum Company. No opinion. Judgment and order affirmed, with costs.

---

HAGAN, Respondent, v. BIPPART et al., Appellants. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Action by James W. Hagan against Achill Bippart and others. C. A. Jayne, for appellants. P. W. Carney, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 137 App. Div. 947, 123 N. Y. Supp. 1118.

---

HALL, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Emma L. Hall against Augustus H. Hall. C. C. Miller, for appellant. J. H. Lecour, Jr., for respondent. No opinion. Order modified, as stated in memorandum, and, as modified, affirmed, with $10 costs and disbursements to respondent. Memorandum per curiam. Settle order on notice.

---

In re HAMLIN. (Supreme Court, Appellate Division, First Department. April 12, 1912.) In the matter of Elbert B. Hamlin, as executor, etc., of Angelica H. Ambler, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

HAMMOND v. UNION BAG & PAPER CO. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by Clarence Hammond against the Union Bag & Paper Company. No opinion. Motion denied. See, also, 136 App. Div. 100, 120 N. Y. Supp. 652.

---

HARRIMAN, Respondent, v. FRANCIS H. LEGGETT & CO., Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by Walter Harriman, an infant, against Francis H. Leggett & Co. L. A. Spalding, for appellant. S. A. Syme, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

---

HARRIS, Respondent, v. UNITED STATES RAINCOAT CO., Appellant. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by David Harris against the United States Raincoat Company. J. Sapinsky, for appellant. E. I. Yuells, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

HASSARD v. LEHANE. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Mary Hassard against Timothy D. Lehane. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 143 App. Div. 424, 128 N. Y. Supp. 161.

---

HAUSERMAN, Respondent, v. WEISMANN, Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by Charles Hauserman against Henry Weismann. No opinion. Order affirmed, with $10 costs and disbursements.

---

HEBBARD, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by Frank W. Hebbard against the New York & Queens County Railway Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 133 N. Y. Supp. 1125) denied, without costs.

---

HENNEPIN IMPROVEMENT CO., Appellant, v. SCHUSTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by the Hennepin Improvement Company against Casper Schuster and another. No opinion. Judgment affirmed, with costs, on the opinion of Laughlin, J., delivered in the court below, reported at 66 Misc. Rep. 634, 124 N. Y. Supp. 693.

---

HEPNER, Appellant, v. HEPNER, Respondent. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by William Hepner against Frances L. Hepner. L. R. Brilles, for appellant. C. L. Cohn, for respondent.

PER CURIAM. Orders affirmed, with $10 costs and disbursements. Orders filed.

McLAUGHLIN and SCOTT, JJ., dissent.

---

HERRMANN, Appellant, v. MURRAY, Respondent, et al. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Hattie Herrmann against John L. Murray, impleaded with others. B. H. Sandler, for appellant. C. S. Petrasch, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re HEYMANN. (Supreme Court, Appellate Division, First Department. March 29,